580

655 A.2d 370

William S. BECK et al.

v.

Roger N. MANGELS et al.

No. 88, Sept. Term, 1994.

Court of Appeals of Maryland.

Feb. 8, 1995.

Reconsideration Denied March 2, 1995.

Elise Davis, Chestertown (Anne C. Ogletree, Denton both on brief), for petitioner.

R. Stewart Barroll (Hoon & Barroll, on brief, Chestertown, Robert R. Kern, Jr., Gallagher, Evelius & Jones on brief, of Baltimore), for respondent.

Argued before ELDRIDGE, RODOWSKY, CHASANOW, KARWACKI, BELL, RAKER and McAULIFFE (retired, specially assigned), JJ.

## ORDER

PER CURIAM.

Prior Report: 100 Md.App. 144, 640 A.2d 236.

The petition for writ of certiorari in the above entitled case having been granted and heard, it is this 8th day of February, 1994

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.